UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS W. MAXWELL, JR., )<br>)<br>Defendant. )<br>) | Crim. No. 6:10-cr-00004-GFVT-HAI<br><br><br>**ORDER** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Recommended Disposition as to Reported Violations of Supervised Release filed by United States Magistrate Judge Hanly A. Ingram. [R. 172.] The recommendation instructed the parties to file any specific written objections within fourteen (14) days after being served with the decision, or else waive the right to further review. *Id.* at 12. The Defendant has not objected and the time to do so has passed. The Defendant has filed a waiver of his right of allocution. [R. 173.]

Upon review, the Court is satisfied that Defendant Thomas Maxwell knowingly and competently stipulated to the charged violations and that an adequate factual basis supports the stipulations as to each essential element of the violations charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommended Disposition **[R. 172]** is **ADOPTED** as

    and for the Opinion of the Court;

2. Defendant Maxwell is **ADJUDGED** guilty of the Violations;

3. The Defendant's supervisory period is **REVOKED** with a term of incarceration of **eighteen (18) months**;

4. Following his term of imprisonment, Defendant Maxwell **SHALL** be placed back on supervised release for **two (2) years**, subject to the same terms prior to the violation;

5. The Court will require a status conference one year into Defendant's term of supervised release to assess the continued propriety of Defendant's conditions of release. The probation officer shall promptly contact the undersigned after Defendant's release so this conference can be scheduled;

6. The Court **RECOMMENDS** that any Bureau of Prisons Residential Reentry Center placement be located in the Northern District of Ohio, or as close to Canton, Ohio, as possible.

This the 13th day of August, 2025.

Gregory F. Van Tatenhove
United States District Judge